CLEVELAND BAR ASSOCIATION ET AL. *v.* MALLORY.

[Cite as *Cleveland Bar Assn. v. Mallory* (1992), 65 Ohio St.3d 12.]

(No. 92–833—Submitted July 29, 1992—Decided October 14, 1992.)

*Michael E. Murman, Harvey A. Snider* and *Stuart I. Garson,* for relators.

*Sidney S. Mallory, Jr., pro se.*

---

*Per Curiam.* We concur in the findings and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.